IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES POTTER, JR., and <br> VELDA C. JONES-POTTER, <br> homeowners and residents of the State <br> of Delaware, | § <br> § <br> § <br> § | No.   274, 2017 |
| | § | Court Below: Superior Court |
| Defendants Below, <br> Appellants, | § <br> § | of the State of Delaware |
| | § | |
| v. | § | C.A. No.   N12L-09-022 |
| | § | |
| SC&A CONSTRUCTION, INC., a <br> Delaware corporation, | § <br> § | |
| | § | |
| Plaintiff Below, <br> Appellee. | § <br> § | |

Submitted:   February 14, 2018
Decided:   March 1, 2018

Before **STRINE**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## **O R D E R**

This 1st day of March 2018, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated June 21, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice